UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-MJ-1663

IN THE MATTER OF THE SEARCH OF )
INFORMATION ASSOCIATED WITH )
THE SUBJECT ACCOUNT(S) STORED )
AT PREMISES CONTROLLED BY ) **ORDER TO UNSEAL**
FACEBOOK, INC. )

FILED IN OPEN COURT
ON 6-24-19
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

Upon motion of the Government, the above-captioned matter is hereby ORDERED unsealed.

SO ORDERED.

24 June 2019
DATE

James E. Gates
United States Magistrate Judge